UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CIVIL ACTION NO. 3:07CV-198-H
CIVIL ACTION NO. 3:07CV-276-H

MARY OBERHAUSEN, *et al.*                                                    PLAINTIFFS

v.

LOUISVILLE-JEFFERSON COUNTY METRO                DEFENDANTS
GOVERNMENT, *et. al.*

**MEMORANDUM AND ORDER**

Both parties have moved to amend the pleadings and Plaintiffs have moved to consolidate this case with *Louisville/Jefferson County Metro Gov't v. Oberhausen, et al.* (3:07CV-276-H). The Court finds no reason to deny the motion to amend and Defendants have not opposed the motion to consolidate. The two cases do involve common issues of fact and law. Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that all motions to amend are SUSTAINED.

IT IS FURTHER ORDERED that Plaintiffs' motion to consolidate is SUSTAINED and the civil action in this Court styled *Louisville/Jefferson County Metro Gov't v. Oberhausen, et al.* (3:07CV-276-H) is consolidated with this case and the later filed case is administratively DISMISSED.

November 26, 2007

John G. Heyburn II
Chief Judge, U.S. District Court

cc:   Counsel of Record